IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXCO, INC., ) | |
| ) | |
|     Plaintiff, ) | Civil Action No. 1:14-cv-349 |
| ) | |
|     v. ) | Judge Amy St. Eve |
| ) | |
| JIM BEAM BRANDS CO., ) | |
| ) | |
|     Defendant. ) | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER AND SET A SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiff Luxco, Inc. ("Luxco") and Defendant Jim Beam Brands Co., ("Beam") (collectively, the "Parties"), by and through their respective undersigned attorneys, hereby jointly move this Court for an extension of the existing Schedule Order in this case by forty-five (45) days in order to allow the Parties to complete their discovery. The Parties also jointly request that the Court set a summary judgment briefing schedule as set forth herein. In support of this motion, the Parties state as follows:

    1.    The current Scheduling Order in this case is reflected by the Court's Minute Entry entered on April 13, 2015. The fact discovery cutoff is currently set for August 14, 2015, with burden of proof expert disclosures due on August 15, 2015 and rebuttal expert disclosures due on September 15, 2015. The deadline for expert discovery is November 16, 2015. No summary judgment or trial dates have been set.

    2.    The Parties have made substantial progress in their discovery to date. Written discovery is nearly or substantially complete. The Parties have also completed two third-party depositions. In addition, at least eight (8) party depositions, as well as the Parties' 30(b)(6) depositions, are scheduled to occur before the current August 14, 2015 fact discovery cutoff.

3. Despite the Parties' best efforts, it appears unlikely that the remaining party and third-party depositions will occur before the August 14, 2015 fact discovery cutoff due to factors outside the Parties' control. For example, the Parties are still waiting on discovery from, and available deposition dates for, one third-party retailer and one third-party distributor. In addition, the Parties have been advised that, due to prior travel and business commitments, one witness, formerly in the employ of one of the parties but currently employed by a non-party to the litigation, is unavailable for deposition prior to the current discovery cutoff. The parties are also reviewing potential deposition dates for two other former employees, as well as an additional party witness who was only recently identified. In total, the Parties currently anticipate needing to schedule at least four (4) more depositions in addition to those already scheduled.

4. The Parties have conferred and jointly request this short, 45-day extension to the current discovery deadlines in order to fully and adequately complete their fact and expert discovery. The Parties have acted in good faith in attempting to schedule and complete depositions, some of which require the cooperation and scheduling of third-parties and former party employees, and do not believe the proposed extension will unduly delay the litigation.

5. Additionally, the Parties request that the Court enter a summary judgment briefing schedule as set forth below.

6. The Parties propose the following schedule:

    September 29, 2015: Fact Discovery Cutoff

    September 30, 2015: Burden of Proof Expert Disclosures Due

    October 30, 2015: Rebuttal Expert Disclosures Due

    December 31, 2015: Expert Discovery Cutoff

    February 11, 2016: Last Day to File Motion for Summary Judgment

March 10, 2016: Response to Summary Judgment Due

March 24, 2016: Replies In Support of Summary Judgment Due

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter an Order granting the Parties a forty-five (45) day extension of the deadlines in the present scheduling order, setting the summary judgment briefing schedule as set forth above, and for such other and further relief as the Court deems appropriate.

Dated: July 8, 2015

| | |
|---|---|
| HUSCH BLACKWELL LLP | WINSTON & STRAWN LLP |
| /s/ Thomas Dee_____<br>Michael R. Annis (admitted pro hac vice) | /s/ John E. Schreiber<br>John E. Schreiber (admitted pro hac vice)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700 |
| Thomas Dee (admitted pro hac vice)<br>190 Carondelet Plaza, Suite 600<br>St. Louis, Missouri 63105<br>Telephone: (314) 480-1500<br>Facsimile: (314) 480-1505<br>mike.annis@huschblackwell.com<br>tom.dee@huschblackwell.com | Gretchen Vetter Scavo<br>100 N. Tryon St., 29th Floor<br>Charlotte, NC 28202<br>Telephone: (704) 350-7700<br>Facsimile: (704) 350-7800<br>jschreiber@winston.com<br>gscavo@winston.com |
| and<br><br>J. Aron Carnahan<br>120 South Riverside Plaza<br>Suite 2200<br>Chicago, IL 60606<br>Telephone: (312) 655-1500<br>Facsimile: (312) 655-1501<br>james.white@huschblackwell.com<br><br>*Attorneys for Plaintiff Luxco, Inc.* | *Attorneys for Defendant*<br>*Jim Beam Brands Co.* |

SLC-7613423-2

## CERTIFICATE OF SERVICE

      This certifies that on the July 8, 2015, the foregoing Joint Motion to Extend Scheduling Order and Set a Summary Judgment Briefing Schedule was served via electronic mail on the following counsel of record:

John E. Schreiber
Winston & Strawn
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
jschreiber@winston.com

Gretchen Vetter Scavo
gscavo@winston.com

*Attorneys for Defendant*
*Jim Beam Brands Co.*

                                                      /s/ Thomas Dee_____

                                                    *Attorney for Plaintiff Luxco, Inc.*