UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUXCO, INC., | ) | |
| | ) | |
| Plaintiff and | ) | Civil Action No. 1:14-cv-349 |
| Counterclaim-Defendant, | ) | |
| | ) | Judge Amy J. St. Eve |
| v. | ) | |
| | ) | |
| JIM BEAM BRANDS CO., | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim-Plaintiff. | ) | |

**INDEX OF EXHIBITS IN SUPPORT OF THE DECLARATION OF THOMAS G. WEBER IN SUPPORT OF BEAM'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DAVID BRATCHER**

**EXHIBIT A**   Expert Report dated September 29, 2015 of David Bratcher (Submitted Under Seal)

**EXHIBIT B**   Transcript of the December 10, 2015 Expert Deposition of David Bratcher (Submitted Under Seal)

**EXHIBIT C**   Asset Purchase Agreement dated January 18, 2013 between Jim Beam Brands Co. and Luxco, Inc.

**EXHIBIT D**   Transcript Excerpts of the August 14, 2015 Fact Witness Deposition of David Bratcher (Submitted Under Seal)

**EXHIBIT E**   Expert Report dated September 30, 2015 of Martin Jones (Submitted Under Seal)