IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUXCO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:14-cv-349 |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| JIM BEAM BRANDS CO., | ) | |
| | ) | |
| Defendant. | ) | |

## LUXCO'S REQUEST FOR TRIAL COUNSEL WAIVER

Plaintiff Luxco, Inc. ("Luxco"), pursuant to Local Rule 83.12(d), respectfully requests that this Court grant permission for Thomas M. Dee and Michael J. Tolles to represent Luxco at trial in connection with the above-captioned litigation. Mr. Dee was previously admitted to represent Luxco in this matter *pro hac vice* and Mr. Tolles is a member of the general bar. Furthermore, Messrs. Dee and Tolles have represented Luxco in this litigation since the initiation of proceedings. For this reason, granting permission for them to represent Luxco at trial will conserve resources and serve the interests of justice.

In accordance with Local Rule 83.12(d), a written request for representation from Donn Lux, Chairman and CEO of Luxco, is attached hereto as <u>Exhibit A</u>.

Dated: November 16, 2016

                              Respectfully submitted,

                              HUSCH BLACKWELL LLP

                              /s/ Michael J. Tolles_____
                              Thomas M. Dee
                              Michael J. Tolles
                              190 Carondelet Plaza, Suite 600
                              St. Louis, Missouri 63105
                              Telephone: (314) 480-1500
                              Facsimile: (314) 480-1505
                              tom.dee@huschblackwell.com
                              mike.tolles@huschblackwell.com

                              and

                              J. Aron Carnahan
                              120 South Riverside Plaza
                              Suite 2200
                              Chicago, IL 60606
                              Telephone: (312) 655-1500
                              Facsimile: (312) 655-1501
                              aron.carnahan@huschblackwell.com

                              *Attorneys for Plaintiff Luxco, Inc.*

**CERTIFICATE OF SERVICE**

      This certifies that on the 16th day of November, 2016, the foregoing Request for Trial Counsel Waiver was served via the Court's electronic notification system on the following counsel of record:

John E. Schreiber
Winston & Strawn
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
jschreiber@winston.com

Gretchen Vetter Scavo
Winston & Strawn
100 North Tryon Street, 29th Floor
Charlotte, NC 28202
gscavo@winston.com

Thomas G. Weber
Winston & Strawn
35 W. Wacker Drive
Chicago, IL 60601
tgweber@winston.com

*Attorneys for Defendant Jim Beam Brands Co.*

                                                          /s/ Michael J. Tolles
                                                          *Attorney for Plaintiff Luxco, Inc.*