November 16, 2016

Hon. Amy J. St. Eve
United States District Court
Northern District of Illinois
Everett M. Dirksen Courthouse
219 South Dearborn Street - Courtroom 1241
Chicago, IL 60604

      Re:    Luxco, Inc. v. Jim Beam Brands Co.
                Case No. 14-cv-00349
                Client Request for Representation at Trial

Dear Judge St. Eve:

      In accordance with local rule requirements, please let this letter serve as my request for Thomas Dee and Michael Tolles of the law firm Husch Blackwell LLP to represent Luxco, Inc. at trial in connection with the above-captioned litigation.

                                          Sincerely,

                                          Donn Lux
                                          Chairman and CEO
                                          Luxco, Inc.



**EXHIBIT A**