IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUXCO, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim-Defendant, | ) | Civil Action No. 1:14-cv-349 |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| JIM BEAM BRANDS CO., | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim-Plaintiff. | ) | |

**BEAM'S REQUEST FOR TRIAL BAR COUNSEL WAIVER**

Defendant and Counterclaim-Plaintiff Jim Beam Brands Co. ("Beam") respectfully requests, pursuant to Northern District of Illinois Local Rule 83.12(d), that this Court grant an exception to the trial bar requirement set forth in Local Rule 83.12(b). A written request from Beam is attached hereto as Exhibit A.

Dated: November 17, 2016                   Respectfully submitted,

**WINSTON & STRAWN LLP**

By: /s/ John E. Schreiber
John E. Schreiber (Pro Hac Vice)
Ian C. Eisner (Pro Hac Vice)
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Email: jschreiber@winston.com
Email: ieisner@winston.com

1

2

                                                  Gretchen Vetter Scavo
                                                  Thomas G. Weber
                                                  35 W. Wacker Drive
                                                  Chicago, IL 60601-9703
                                                  Telephone: (312) 558-5600
                                                  Fax: (312) 558-5700
                                                  Email:  gscavo@winston.com
                                                  Email:  tgweber@winston.com

                                                  *Attorneys for Jim Beam Brands Co.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on November 17, 2016, a true and correct copy of BEAM'S REQUEST FOR TRIAL BAR COUNSEL WAIVER was electronically filed with the Court using the CM/ECF system, which will send a notice of filing to all counsel of record:

Michael R. Annis
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
mike.annis@huschblackwell.com

James P. White
Thomas M. Dee
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
james.white@huschblackwell.com
tom.dee@huschblackwell.com

Dated: November 17, 2016                                     /s/ Gretchen V. Scavo