EXHIBIT A



Jim Beam Brands Co.
510 Lake Cook Road
Deerfield, IL 60015

Honorable Amy J. St. Eve
U.S. District Court Judge
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

November 17, 2016

      Re: *Luxco, Inc. v. Jim Beam Brands Co.*, No. 14-cv-349 (N.D. Ill.)

Dear Judge St. Eve,

      As you are aware, Jim Beam Brands Co. ("Beam") is a defendant/counter-claimant in the above-referenced action. Trial on this matter is scheduled to begin on November 28, 2016. Beam's attorneys of record in this matter are John Schreiber, Gretchen Scavo, and Thomas Weber, all of Winston & Strawn LLP. Ms. Scavo and Mr. Weber are members of the Northern District of Illinois general bar, and Mr. Schreiber is admitted via pro hac vice.

      Pursuant to Northern District of Illinois Local Rule 83.12(d), Beam respectfully requests that the Court grant an exception to the requirement that a member of the Northern District of Illinois trial bar appear on behalf of Beam at trial. Good cause for granting such an exception exists. Mr. Schreiber is an experienced trial attorney who has been practicing law for over 16 years, and he has represented Beam throughout the pendency of this matter. Ms. Scavo and Mr. Weber, who have also represented Beam during a significant portion of the pre-trial proceedings, have practiced law for over nine and six years, respectively, and both formerly served as judicial law clerks in the Northern District of Illinois. Given Beam's counsel's trial experience and particular experience in the Northern District of Illinois, it would be inefficient and costly for Beam to pay for a member of the trial bar who is unfamiliar with this case to appear for trial.

      If you require further information, Beam is happy to provide it.

Best regards,

Todd M. Bloomquist
Vice President, Deputy General Counsel &
Assistant Secretary
Beam Suntory Inc.